Police Report Exhibit A

Police Report Exhibit B

Motion to Dismiss(1) -Exhibit C

Motion to Dismiss(resubmission) -Exhibit D

Motion to Proceed Pro Se, etc. -Exhibit E

Motion to Dismiss(2) ACA -Exhibit F

VA Directive 1078 -Exhibit G

*number pages