

Case Number: 512230066

DEPARTMENT OF VETERANS AFFAIRS POLICE
512 - BALTIMORE VAMC - VISN 5
10 NORTH GREENE STREET
BALTIMORE, MD, 21201

## Incident Report

Reported by: MONEY, DALE A

| | | | |
|---|---|---|---|
| **Incident Types Label** | CRIMINAL : AGAINST SOCIETY : DISORDERLY CONDUCT - 90C (B GROUP) | **Incident Disposition** | FOUNDED |
| **Offender** | SOPER, KEVIN (SUSPECT) | | |

| Report Disposition | Method of Reporting | |
|---|---|---|
| CLOSED | PHONE | |
| **Report Recorder** | **Manager/Supervisor On Duty** | **Manager/Supervisor Notified** |
| MONEY, DALE A | FARRAR, WILLIE | YES |
| **Incident Occurred Date** | **Incident Occurred End Date** | **Incident Discovered / Called In** |
| 01/30/2023 at 1315 | 01/30/2023 at 1355 | 01/30/2023 at 1320 |
| **Location** | **Specific Location** | |
| VA MARYLAND HCS : PERRY POINT VAMC | BLDG. 361 | |

**Report Synopsis/Overview**

On 1/30/23 at approximately 1320 hours VA Police responded to Bldg. 361 for a disorderly patient. Patient was eventually denied service by the Doctor for failing to abided by VA policy. During the incident it was discovered that the patient was recording the Doctor without their knowledge or consent. Charges are pending.

### Contact # 1 (VICTIM)

**Full Name**
ANURAAG SOOD

| Department | Title |
|---|---|
| MEDICAL SERVICE | DOCTOR |

**Notes:**
BUILDING 361, ROOM 124

### Addresses

| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
|---|---|---|---|---|---|
| BUILDING 361 | | BOILER HOUSE | | ROAD | ROOM 124 |
| **City** | **State** | **Zip** | **Country** | | **Address Type** |
| PERRY POINT | MD | 21902 | USA | | WORK |

| Prepared By: | Submitted Date |
|---|---|
| MONEY, DALE A(DALE.MONEY@VA.GOV) | 01/31/2023 1424 |
| **Signature** | **Reviewed By/Date** |
| Sgt. D. Money | Lt. W.C. 2/2/23 |

| Case Number | 512230066 | | | | | |
|---|---|---|---|---|---|---|
| Street Number | Street Direction | Street Name | | | Street Type | Apt./Suite |
| ███ | ███ | ███ | | | ███ | ███ |
| City | | State | Zip | Country | | Address Type |
| ███ | | ███ | ███ | ███ | | ███ |

Phones :
(WORK) 410-642-2411 EX 22473, - ███

## Contact # 2 (SUSPECT)

**Full Name**
KEVIN SOPER

| Drivers License | | Drivers LicenseState | Email Address | |
|---|---|---|---|---|
| S160465044303 | | MD | | |
| Age | Date of Birth | Gender | Race | |
| 48 | 04/19/1974 | MALE | WHITE | |
| Height | Weight | Hair Color | Eye Color | |
| 5'10" | 200 | BLACK | HAZEL | |
| Approx. Age | Veteran | Employee | Clothing | |
| 45-54 | YES | NO | | |
| Department | | | Title | |
| OTHER | | | PATIENT | |

Notes:
SID# 3175838

### Addresses

| Street Number | Street Direction | Street Name | | | Street Type | Apt./Suite |
|---|---|---|---|---|---|---|
| 704 | | CEDARDAY | | | DRIVE | |
| City | | State | Zip | Country | | Address Type |
| BEL AIR | | MD | 21015 | | | |

Phones :
(N/A) 410-627-2778

### Property Summary

| Property Category | | Quantity | Total |
|---|---|---|---|
| | | | |
| **Grand Total** | | | |

### Narrative text

On January 31, 2023 at approximately 1320 hours VA Police responded to Bldg. 361 for a disorderly patient.

I spoke with Dr. ANURAGG SOOD and she told me patient KEVIN SOPER #7094 was refusing to properly wear his mask during his visit. The current policy of the Department of Veterans Affairs is that all patients, visitors, staff, contractors, and vendors are to wear a mask when inside of a building that is owned, leased or controlled by the Department of Veterans Affairs. Dr. SOOD escorted me to the exam room where SOPER was. I entered the room and greeted SOPER. He quickly raised his phone and asked my name and badge number, which I provided. I explained to him the VA's policy pertaining to wearing a mask. SOPER stated that he couldn't wear a mask over his nose due to a medical condition. Dr. SOOD entered and also reiterated the VA's policy of wearing a mask. SOPER became highly agitated and began to yell and use profanities towards Dr. SOOD. Dr. SOOD left the room and I spoke with SOPER for a few moments

| Prepared By: MONEY, DALE A(DALE.MONEY@VA.GOV) | Submitted Date 01/31/2023 1424 |
|---|---|
| Signature *Sgt. D. Money* | Reviewed By/Date Lt. W. C___ 2/3/23 |

and he finally agreed to wear the mask over his nose. I exited the room to find Dr. SOOD to see if would see SOPER. When I found Dr. SOOD she was visibly upset and being consoled by other staff members. She told me that she would not see SOPER today and he'll have to reschedule with another doctor. I relayed this SOPER and he became more agitated and walked out of the exam room towards hallway. He was holding his cellphone and speaking into it. SOPER continued to pace around recording himself stating his disappointment with the VA.

It is known that SOPER has an account with youtube.com under the user name "The Angry Vet". Later that evening I searched his page and I found a video of the incident between, SOPER, Dr. SOOD and myself. In the beginning of the video I can see SOPER trying to conceal his cellphone and he is visually and audibly recording his visit with Dr. SOOD before I arrived. I asked Dr. SOOD did she know SOPER was recording. She told me that she did not know he was recording until I entered the exam room and he asked for my name and badge number. I informed Lt. Farrar of the video.

On 2/1/23 at approx. 0900 hrs Lt. FARRAR questioned Dr. SOOD in reference to the video. His supplement is attached to this report.

I contacted the Assistant United States Attorney(AUSA) and left a message. The AUSA has not returned my call. Charges are pending for violating Maryland's Wiretapping and Electronic Surveillance Act which requires all parties involved to provide consent prior to any audio recording.

| Prepared By: MONEY, DALE A(DALE.MONEY@VA.GOV) | Submitted Date 01/31/2023 1424 |
|---|---|
| Signature Sgt. D. Money | Reviewed By/Date Lt. W. ___ 2/3/23 |

Case # : 512230066_2



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**512 - BALTIMORE VAMC - VISN 5**
**10 NORTH GREENE STREET**
**BALTIMORE, MD, 21201**

**Follow Up**
Reported By: FARRAR, WILLIE

## Parent Report Information

| Report Type | Reference Number | Tracking Number |
|---|---|---|
| Incident Report | 512230066 | 1475628 |

| Report Recorder | Report Disposition | |
|---|---|---|
| MONEY, DALE A | CLOSED | |

## Follow Up Information

**Report Disposition**
CLOSED

**Synopsis**
I spoke with Dr. SOOD in reference to this case.

**Narrative text**
On 2/1/23 at approx 0900 hours, I spoke with Dr. SOOD and asked did she ever give consent to SOPER to record her visually and audibly. She said she did not. I explained to her that she had been recorded during her appointment with SOPER and he posted the video on YouTube. She became very upset and concerned and stressed the fact she did not know she was being recorded and never gave anyone permission to have her image posted on the internet.

A copy of the video was obtained and will be placed with the case folder.

| Prepared By: | Submitted Date |
|---|---|
| FARRAR, WILLIE(WILLIE.FARRAR@VA.GOV) | 2/3/23 |
| Signature | Reviewed By/Date |
| Lt. W [signature] | [signature] 2-3-2023 |