Case Number: 512230177

**DEPARTMENT OF VETERANS AFFAIRS POLICE**
512 - BALTIMORE VAMC - VISN 5
10 NORTH GREENE STREET
BALTIMORE, MD, 21201

## Incident Report

Reported by: MONEY, DALE A

| | | | |
|---|---|---|---|
| Incident Types Label | CRIMINAL : ALL OTHER OFFENSES - 90Z (B GROUP) (FELONY) | Incident Disposition | FOUNDED |
| Offender | SOPER, KEVIN (SUSPECT) | | |

| Report Disposition | Method of Reporting | |
|---|---|---|
| CLOSED | OFFICER OBSERVED | |
| **Report Recorder** | **Manager/Supervisor On Duty** | **Manager/Supervisor Notified** |
| MONEY, DALE A | FARRAR, WILLIE | YES |
| **Incident Occurred Date** | **Incident Occurred End Date** | **Incident Discovered / Called In** |
| 02/15/2023 at 1320 | 02/15/2023 at 1400 | 03/28/2023 at 0930 |
| **Location** | **Specific Location** | |
| VA MARYLAND HCS : PERRY POINT VAMC | BLDG. 361 | |

**Report Synopsis/Overview**

After the execution of a Search and Seizure Warrant of a cell phone, VAPD discovered that an employee was secretly recorded without their consent or knowledge which is a violation of Maryland State Code 10-402 Maryland Electronic Surveillance and Recording Act. Charges pending.

### Contact # 1 (VICTIM)

**Full Name**
HERMINIO GONZALEZ

| Drivers License | Drivers License State | Email Address |
|---|---|---|
| ▮ | ▮ | HERMINIO.GONZALEZ2@VA.GOV |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ |

| Approx. Age | Veteran | Employee | Clothing |
|---|---|---|---|
| ▮ | ▮ | YES | ▮ |

| Department | Title |
|---|---|
| MEDICAL SERVICE | SUPERVISOR HEALTH SYSTEM SPECIALIST |

### Addresses

| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
|---|---|---|---|---|---|
| ▮ | | ▮ | | ▮ | ▮ |
| **City** | | **State** | **Zip** | **Country** | **Address Type** |
| ▮ | | ▮ | ▮ | ▮ | ▮ |
| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |

| Prepared By: | Submitted Date |
|---|---|
| MONEY, DALE A (DALE.MONEY@VA.GOV) | 04/05/2023 0700 |
| Signature | Reviewed By/Date |

| Case Number | 512230177 | | | | | |
|---|---|---|---|---|---|---|
| BUILDING 361 | | BOILER HOUSE | | | ROAD | ROOM 104 |
| City | | State | Zip | Country | | Address Type |
| PERRY POINT | | MD | 21902 | USA | | WORK |

**Phones :**
(WORK) 410-642-2411 EX 26725, - (CELL) 956-336-9665

## Contact # 2 (SUSPECT)

**Full Name**
KEVIN SOPER

| Drivers License | | Drivers LicenseState | Email Address | |
|---|---|---|---|---|
| S160465044303 | | MD | | |
| Age | Date of Birth | Gender | Race | |
| 48 | 04/19/1974 | MALE | WHITE | |
| Height | Weight | Hair Color | Eye Color | |
| 5'10" | 200 | BLACK | HAZEL | |
| Approx. Age | Veteran | Employee | Clothing | |
| 45-54 | YES | NO | | |
| Department | | | Title | |
| OTHER | | | PATIENT | |

**Notes:**
SID# 3175838

### Addresses

| Street Number | Street Direction | Street Name | | | Street Type | Apt./Suite |
|---|---|---|---|---|---|---|
| 704 | | CEDARDAY | | | DRIVE | |
| City | | State | Zip | Country | | Address Type |
| BEL AIR | | MD | 21015 | | | |

**Phones :**
(N/A) 410-627-2778

## Contact # 3 (WITNESS)

**Full Name**
CHARLES MCARTHUR FLOWE SR.

| Drivers License | | Drivers LicenseState | Email Address | |
|---|---|---|---|---|
| ▮▮▮ | | ▮ | | |
| Age | Date of Birth | Gender | Race | |
| 60 | ▮ | ▮ | ▮ | |
| Height | Weight | Hair Color | Eye Color | |
| ▮ | ▮ | ▮ | ▮ | |
| Approx. Age | Veteran | Employee | Clothing | |
| ▮ | ▮ | YES | | |
| Department | | | Title | |
| MEDICAL SERVICE | | | NURSE MANAGER | |

### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|

**Prepared By:**
MONEY, DALE A(DALE.MONEY@VA.GOV)

**Submitted Date**
04/05/2023 0700

**Signature**

**Reviewed By/Date**

| Case Number | 512230177 | | | | |
|---|---|---|---|---|---|
| 361 | BOILERHOUSE | | | ROAD | |
| City | State | Zip | Country | | Address Type |
| ▮ | ▮ | ▮ | ▮ | | WORK |
| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
| ▮ | | ▮ | | ▮ | |
| City | State | Zip | Country | | Address Type |
| ▮ | ▮ | ▮ | ▮ | | HOME |

Phones :
(HOME) 4103308573

## Property Summary

| Property Category | Quantity | Total |
|---|---|---|
| Grand Total | | |

### Narrative text

On March 28, 2023 at approximately 0715 hours VAPD began to review videos provided from the execution of a Search and Seizure Warrant of a smart phone. VAPD discovered that an employee was secretly filmed and audibly recorded without their consent or knowledge by the suspect.

I began to review the information on a thumb drive that contains the data from KEVIN SOPER's smartphone( Thumb Drive Attached). The information of the smartphone was obtained through a Search and Seizure Warrant (Attached). The data of the smartphone was analyzed and stored to a thumb drive by Officer Brian David, who is employed by the Elkton, MD Police Department.

I viewed "Video #12" from the thumb drive. "Video #12" has a date and time stamp of February 15, 2023 and 1323 hours, it has a total length of thirty-nine minutes and twenty nine seconds. During the events of the video SOPER walks into Bldg. 361, located at the Perry Point Veterans Affairs Medical Center. After speaking with an employee SOPER walks up to the "Scheduling Desk". The "Scheduling Desk" is where patients come to schedule or cancel appointments. SOPER begins to ask questions pertaining to his medical care. The receptionist was not able to answer his questions and asked if he would be willing to speak to the Nurse Manager CHARLES FLOWE. SOPER agrees and waits a few moments for FLOWE to arrive. FLOWE approaches SOPER and asked him if he was recording. SOPER told FLOWE he wasn't recording. FLOWE reiterates that he does not consent to recording and it is a violation of Maryland law. The conversation then continues about SOPER's medical care. FLOWE was not able to answer SOPER's questions. FLOWE then recommends that SOPER speak to HERMINIO GONZALEZ(Supervisory Health Systems Specialist). SOPER agrees and waits a few moments for GONZALEZ to arrive. When GONZALEZ arrives he introduces himself and asked SOPER if they could speak in private. SOPER and GONZALEZ walk down the hall to GONZALEZ's office. GONZALEZ had to use a government issued key to gain access to his private office. They both enter and the door is shut for privacy reasons.

At approximately 0945 hours I spoke with GONZALEZ. I asked him he remember speaking with SOPER in his office. He told me that he did. I asked him did he ever give consent to be filmed or audibly recorded. He told he did not. I explained to GONZALEZ that I have a video in my possession where he was recorded by SOPER. GONZALEZ again told me that he never gave SOPER permission to record him and that he was only trying to help him with his medical care. I told GONZALEZ that SOPER's actions are a crime under Maryland Code and I have been in contact with the Cecil County State's Attorney's office and their interested in pursuing this case.

I contacted the Assistant United States Attorney(AUSA) and asked if they were interested in pursing this case. AUSA replied in an email that since SOPER has a similar case pending in state court for me to file charges in Cecil County.

**Prepared By:**
MONEY, DALE A(DALE.MONEY@VA.GOV)

**Submitted Date**
04/05/2023 0700

Signature

Reviewed By/Date



Case Number: 512230175

**DEPARTMENT OF VETERANS AFFAIRS POLICE**
512 - BALTIMORE VAMC - VISN 5
10 NORTH GREENE STREET
BALTIMORE, MD, 21201

## Incident Report

Reported by: MONEY, DALE A

| Incident Types Label | CRIMINAL : ALL OTHER OFFENSES - 90Z (B GROUP) (FELONY) | Incident Disposition | FOUNDED |
|---|---|---|---|
| Offender | SOPER, KEVIN (SUSPECT) | | |

| Report Disposition | Method of Reporting | |
|---|---|---|
| CLOSED | OFFICER OBSERVED | |
| Report Recorder | Manager/Supervisor On Duty | Manager/Supervisor Notified |
| MONEY, DALE A | FARRAR, WILLIE | YES |
| Incident Occurred Date | Incident Occurred End Date | Incident Discovered / Called In |
| 02/15/2023 at 1341 | 02/15/2023 at 1410 | 03/27/2023 at 1159 |
| Location | | Specific Location |
| VA MARYLAND HCS : PERRY POINT VAMC | | BLDG. 361 |

**Report Synopsis/Overview**

VAPD has identified a VA employee who was secretly recorded without their consent or knowledge which is a violation of Maryland State Code 10-402, Maryland Electronic Surveillance and Recording Act. Charges pending.

### Contact # 1 (VICTIM)

| Full Name | | | |
|---|---|---|---|
| RONALD ROANE | | | |
| Approx. Age | Veteran | Employee | Clothing |
| | UNKNOWN | YES | |
| Department | | | Title |
| OTHER | | | PATIENT ADVOCATE |

Phones :
(N/A) 443-525-9155

### Contact # 2 (SUSPECT)

| Full Name | | | |
|---|---|---|---|
| KEVIN SOPER | | | |
| Drivers License | Drivers LicenseState | Email Address | |
| S160465044303 | MD | | |
| Age | Date of Birth | Gender | Race |
| 48 | 04/19/1974 | MALE | WHITE |
| Height | Weight | Hair Color | Eye Color |
| 5'10" | 200 | BLACK | HAZEL |
| Approx. Age | Veteran | Employee | Clothing |
| 45-54 | YES | NO | |



| Prepared By: | Submitted Date |
|---|---|
| MONEY, DALE A(DALE.MONEY@VA.GOV) | 03/27/2023 1334 |
| Signature | Reviewed By/Date |
| | CULBERTSON, BRYAN L 03/29/2023 0830 |

| Case Number | 512230175 | | |
|---|---|---|---|
| Department | | Title | |
| OTHER | | PATIENT | |

Notes:
SID# 3175838

### Addresses

| Street Number | Street Direction | Street Name | | | Street Type | Apt./Suite |
|---|---|---|---|---|---|---|
| 704 | | CEDARDAY | | | DRIVE | |
| City | | State | Zip | Country | | Address Type |
| BEL AIR | | MD | 21015 | | | |

Phones :
(N/A) 410-627-2778

### Property Summary

| Property Category | Quantity | Total |
|---|---|---|
| Grand Total | | |

### Narrative text

On March 27, 2023 at approximately 0930 hours VAPD began to view footage from the execution of a Search and Seizure Warrant of a cell phone owned by KEVIN SOPER. VAPD discovered that an employee was secretly recorded without their consent or knowledge which is a violation of Maryland State Code 10-402, Maryland Electronic Surveillance and Recording Act.

I began to review the the videos and came across Video #11. The date and time stamp of this video is February 15, 2023 at 1341 hours. In this video SOPER enters Bldg. 361 and requests to speak with the Patient Advocate. Employee RONALD ROANE steps out of his office and assists SOPER with his request.

I recognized ROANE from one of SOPER's videos on his youtube.com page titled "The Angry Vet" from a previous investigation, where ROANE was referred to as an unidentified employee. There are two videos on SOPER's youtube.com page where he appears to be secretly filming ROANE. The first video is titled "Follow Up VA Complaints" and it has a total length of five minutes and thirty-six seconds. During this video SOPER is speaking with ROANE in a private office, inquiring about the complaints he has filed with the VA. The second video with ROANE is titled "does the VA offer LEGAL HELP!" Again, ROANE and SOPER are in ROANE's private office where SOPER is inquiring if the VA offers legal help. The total length of time of the second video is 2 minutes and six seconds.

I spoke with ROANE and asked if he knew that he was recorded by SOPER. He told me that another co-worker had mentioned it to him. I asked ROANE did he ever give consent to be filmed or audibly recorded by SOPER. ROANE told me he did not. ROANE added that approximately 3-4 weeks ago while he was pumping gas SOPER approached him and ROANE believed SOPER was filming him and taking pictures of his vehicle and license plate. I was able to confirm ROANE's statement because the video was saved to SOPER's cell phone. The video has a date and time stamp of February 22, 2023 at 1309 hours. The total length of the video is one minute and twenty-two seconds.

I contacted ASA Robert Sentman and asked if the State's Attorney's Office would be interested in pursuing this case. He said that they would and provide his office a copy of the report and videos.

| Prepared By: | Submitted Date |
|---|---|
| MONEY, DALE A(DALE.MONEY@VA.GOV) | 03/27/2023 1334 |
| Signature | Reviewed By/Date |
| | CULBERTSON, BRYAN L 03/29/2023 0830 |