|                          |   |                      |
|--------------------------|---|----------------------|
| STATE OF MARYLAND        | * | IN THE CIRCUIT COURT |
| v.                       |   |                      |
| KEVIN A. SOPER           | * | FOR                  |
| Defendant                | * | CECIL COUNTY         |

CASE NUMBER: C-07-CR-23-000258/414

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## Motion to Proceed Pro Se

Now comes Defendant Kevin A Soper in the above named proceeding, acting Pro Se, hereby prays the court to grant these Motion(s) filed pursuant to Md 4-252(d) and Md. 4-215(e).

## I. Preamble

1. As the Defendant had a tense conversation with his counsel's office on 11/21/2023, relative to his handling of the defense, counsel later expressed that he was "quitting" as defendant's defense council. This action could prejudice the Defendant's upcoming trial.
2. Therefore, Defendant prays the court to grant the following (3) Motions so the Defendant can protect his liberty interests and acquire new defense counsel.

## II. Statement of Facts

1. Defendant has been active in his defense since charges have been brought by the State.
2. Defendant has asked counsel at times to submit motions and research defense topics outside of his daily criminal practice and defendant has always maintained consistent contact with counsel's office.
3. On 11/21/23, Defendant went to his counsel's office to inquire about court paperwork and to ask about a motion he wanted to see submitted regarding his defense.
4. The meeting was contentious but never escalated above harsh words.
5. The Defendant left counsel's office on his own and proceeded home.
6. A short time later, the Defendant's father contacted him and advised the

Defendant that his counsel expressed to him that he "quit" and would file such Motion to the Circuit Court to have himself relieved as Defendant's counsel. Counsel's conduct is in violation of "Md Attorney's Rules of Professional Conduct" Md. Rule 19-301.16(d) "reasonable notice" standard.

7. Soon after, Defendant looked at the Maryland Judiciary page for his Circuit Court case record and discovered an unnamed motion on the same day, 11/21/23. Since Defendant is currently unrepresented, he has no access to that writ/summons/pleading as described on the Maryland Judiciary public access website and former counsel has not offered any records to the Defendant.

8. This "Motion" should be viewed as multiple individual motions by the Court such that defendant has leave to make his desired motions Pro Se and to allow time to regain a counsel for his defense in this action.

## III. Motion (1) to Discharge Counsel

1. Defendant prays the Court to grant a Motion to Discharge Counsel pursuant to Md Rule 4-215(e) so that Defendant can proceed Pro Se until such time as he can acquire new defense counsel and form a defense.

## IV. Motion (2) to Proceed Pro Se

1. Defendant prays the Court to grant Defendant leave to proceed Pro Se so that Defendant may access important Court documents relative to his defense and file appropriate papers to the Court until such time as he can acquire new defense counsel to avoid further delay to the Court.

## V. Motion (3) to Continue Circuit Court Action

1. Defendant prays the Court to grant a Motion to Continue so that the Defendant can acquire new defense Counsel and counsel is entered on the record.

## VI. Conclusion

1. Defendant's counsel puts him in a difficult situation on the cusp of a criminal trial where he faces serious felony charges with serious penalties to his Liberty. In order for the Defendant to regain an opportunity for a fair trial and a rigorous defense, the Defendant prays the Court to grant relief to

the Motion(s) supra.

Defendant, Kevin A. Soper hereby swears and affirms that the contents of these Motions are true and correct to the best of his knowledge. Respectfully submitted.

Signed, _____ _____
         Kevin A. Soper (Pro Se)    Date

CERTIFICATE OF SERVICE

I, HEREBY CERTIFY, that on this \_\_\_\_\_ day of _____, 2023, a copy of the foregoing Motion(s) were issued via U.S. Mail to the Office of State's Attorney for Cecil County, Robert E. Sentman, Esq. 129 E. Main Street, #3, Elkton, MD 21921.