**Department of Veterans Affairs**  
**Veterans Health Administration**  
**Washington, DC 20420**

**VHA DIRECTIVE 1078**  
**Transmittal Sheet**  
**November 29, 2021**

## PRIVACY OF PERSONS REGARDING PHOTOGRAPHS, DIGITAL IMAGES AND VIDEO OR AUDIO RECORDINGS

**1. REASON FOR ISSUE:** This Veterans Health Administration (VHA) directive mandates the parameters under which members of the VHA workforce may produce and use photographs, digital images and video or audio recordings of all persons and reinforces existing regulations covering these activities.

**2. SUMMARY OF MAJOR CHANGES:** Major changes include:

a. Terms added to the definitions section (see paragraph 3).

b. Revisions and additons to the responsibilites of: Assistant Under Secretary for Health for Operations (see paragraph 5.c.), Director, Information Access and Privacy (see paragraph 5.d.), Veterans Integrated Service Network (VISN) Directors and Chief Program Officers (see paragraph 5.e.), Department of Veterans Affairs (VA) health care facility Director (see paragraph 5.f.), the VA health care facility Chief of Staff (see paragraph 5.g.), the VA health care facility Chief of Police (see paragraph 5.j.), VA health care facility Records Manager (see paragraph 5.m.), VA health care facility Privacy Officer (see paragraph 5.l.), VA health care facility Public Affairs Officer (see paragraph 5.n.), VA health care facility Informaton System Security Officer (see paragraph 5.p.) and Members of the VHA Workforce (see paragraph 5.r.).

c. Added Rules Regarding The Production Of Photographs, Digital Images And Video Or Audio Recordings Offsite During Tour Of Duty (see Appendix B).

**3. RELATED ISSUES:** VHA Directive 1605.01, Privacy and Release of Information, dated August 31, 2016.

**4. RESPONSIBLE OFFICE:** The Office of Health Informatics (105HIG), VHA Information Access and Privacy Office, in the Office of the Deputy Under Secretary for Health (10A) is responsible for the contents of this VHA directive. Questions may be referred to the Director, Information Access and Privacy Office at 704-245-2492.

**5. RESCISSIONS:** VHA Directive 1078(1), Privacy of Persons Regarding Photographs, Digital Images and Video or Audio Recordings, dated November 4, 2014, is rescinded.

**RECERTIFICATION:** This VHA directive is scheduled for recertification on or before the last working day of November 2026. This VHA directive will continue to serve as national VHA policy until it is recertified or rescinded.

**BY DIRECTION OF THE OFFICE OF THE UNDER SECRETARY FOR HEALTH:**

/s/ Mark Upton, MD
Deputy to the Assistant Under Secretary for Health for Community Care,
Performing the Delegable Duties of the Deputy Under Secretary for Health

*NOTE:* All references herein to VA and VHA documents incorporate by reference subsequent VA and VHA documents on the same or similar subject matter.

**DISTRIBUTION:** Emailed to the VHA Publication Distribution List on November 30, 2021.

# CONTENTS

**PRIVACY OF PERSONS REGARDING PHOTOGRAPHS, DIGITAL IMAGES AND VIDEO OR AUDIO RECORDINGS**

1. PURPOSE ..................................................................................................................... 1

2. BACKGROUND ............................................................................................................ 1

3. DEFINITIONS ............................................................................................................... 1

4. POLICY ........................................................................................................................ 5

5. RESPONSIBILITIES ..................................................................................................... 5

6. TRAINING ................................................................................................................... 16

7. RECORDS MANAGEMENT ........................................................................................ 16

8. REFERENCES ............................................................................................................ 16

APPENDIX A

RULES REGARDING THE PRODUCTION OF PHOTOGRAPHS, DIGITAL IMAGES AND VIDEO OR AUDIO RECORDINGS IN TREATMENT, SECURE, PERSONAL AND OTHER AREAS ON VHA PREMISES ....................................................................... A-1

APPENDIX B

RULES REGARDING THE PRODUCTION OF PHOTOGRAPHS, DIGITAL IMAGES AND VIDEO OR AUDIO RECORDINGS OFFSITE DURING TOUR OF DUTY ........... B-1

## PRIVACY OF PERSONS REGARDING PHOTOGRAPHS, DIGITAL IMAGES AND VIDEO OR AUDIO RECORDINGS

### 1. PURPOSE

This Veterans Health Administration (VHA) directive maintains VHA policy by which members of the VHA workforce may produce and use photographs, digital images and video or audio recordings of all persons, and reinforces existing regulations covering these activities. **AUTHORITY**: 38 U.S.C. § 7301(b); 38 C.F.R. § 1.218; 41 C.F.R. § 102-74.420. ***NOTE:*** *This policy specifically does not address Veterans, patients or their family members from recording providers or employees without their permission as no federal statute or regulation prohibits such action.*

### 2. BACKGROUND

a. As the largest integrated health care system specifically designed for Veterans, it is important that VHA honors the rights of Veterans, patients, residents, members of the VHA workforce and visitors to give or withhold consent to use their image or voice, when appropriate. This directive defines the processes for notifying persons and obtaining consent (if required) to overtly produce photographs, digital images and video or audio recordings and the process to authorize covert production of photographs, digital images and video or audio recordings by the VHA workforce. It also defines how VHA may use such products.

b. The proliferation and widespread use of mobile devices impacts an individual's right to privacy. Because small mobile devices such as smartphones are so common, individuals can easily take and share pictures, video or audio recordings, often without explicit authorization from or knowledge of the subject. Both Government-Furnished Equipment (GFE) and personal devices have these capabilities. ***NOTE:*** *Department of Veterans Affairs (VA) Handbook 6500, Risk Management Framework for VA Information Systems VA Information Security Program, dated February 24, 2021, defines the responsibilities of VHA employees concerning the use of GFE.*

### 3. DEFINITIONS

a. <u>**Consent.**</u> For the puposes of this directive, consent is defined as giving written or oral permission to overtly produce photographs, digital images and video or audio recordings and written permission to authorize covert production of photographs, digital images and video or audio recordings by the VHA workforce.

b. <u>**Covert Production.**</u> Covert production is production of photographs, digital images and video or audio recordings occurring through a device that is concealed from view or hidden to disguise its intended purpose, and when at least one party that appears on or is heard in the product lack notice of the recording. For example, using a mobile device to take a photograph or digital image of a sleeping person, who should not be sleeping at their place of employment, would be covert production. ***NOTE:*** *Covertly produce has the same definition as covert production.*