# IN THE
## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KEVIN A. SOPER, | * |
|     *Plaintiff*, | * |
|     v. | *  No. 1:23-cv-03271-JRR |
| STATE OF MARYLAND FOR CECIL COUNTY, | * |
|     *Defendant*. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT'S MOTION TO DISMISS

Defendant, by its undersigned counsel, files this Motion to Dismiss pursuant to Federal Rule of Civil Procedure1 2(b)(6) and moves this Court to dismiss Plaintiff's Complaint. (ECF 1.) The grounds for this motion are set out in the accompanying memorandum in support.

        Respectfully submitted,

        ANTHONY G. BROWN
        Attorney General of Maryland

        /s/ Wendy L. Shiff

        _____
        WENDY L. SHIFF
        Federal Bar No. 09076
        Assistant Attorney General
        Office of the Attorney General
        200 Saint Paul Place, 20th Floor
        Baltimore, Maryland  21202
        wshiff@oag.state.md.us
        (410) 576-6996
        (410) 576-6955 (facsimile)

January 11, 2024        Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that, on this 11th day of January, 2024 the foregoing was served by CM/ECF on all registered CMF users and by first-class mail on the following:

    Kevin A. Soper
    704 Cedarday Drive
    Bel Air, Maryland  21015

        /s/ Wendy L. Shiff
        _____
        Wendy L. Shiff