# IN THE
# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

KEVIN A. SOPER,          *

    *Plaintiffs*,      *

    v.      *    No. 1:23-cv-03271-JRR

     *

STATE OF MARYLAND FOR CECIL COUNTY,      *

    *Defendants*.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion to Dismiss, and any response thereto, it is hereby ORDERED, this _____ day of _____, 2024:

The complaint is dismissed with prejudice.

_____
Julie R. Rubin, Judge