**IN THE**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| KEVIN A. SOPER, | * |
| *Plaintiff,* | * |
| v. | * No. 1:23-cv-03271-JRR |
| | * |
| STATE OF MARYLAND FOR CECIL COUNTY, | * |
| *Defendants.* | |

\* \* \* \* \* \* \* \* \* \* \* \*

### AFFIDAVIT OF JAMES DELLMYER

1. My name is James Dellmyer. I am over 18 years old and I am competent to testify.

2. I am the State's Attorney for Cecil County. I have served as the State's Attorney for Cecil County since December 2019. In January 2018, I served as the Deputy State's Attorney. In March 2019, I was appointed as Interim State's Attorney.

3. My office prosecutes crimes that occur at the Perry Point Veteran's Affairs Medical Center ("the VA"). Since the implementation of my office's electronic case management system, I am aware that my office has prosecuted approximately twenty-five cases that occurred at the VA. This does not include any cases relating to Kevin Soper.

4. My office has had the authority to prosecute cases that occurred at the VA since September 1, 1976, when then-Governor of Maryland Marvin Mandel accepted a letter from the Administrator of Veterans' Affairs relinquishing and retroceding exclusive federal jurisdiction of the VA.

5. I am not aware of any document rescinding or revoking that retrocession.

EXHIBIT 1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 9, 2024

*[signature]* James Dellmyer