


VETERANS ADMINISTRATION
OFFICE OF THE ADMINISTRATOR OF VETERANS AFFAIRS
WASHINGTON, D.C. 20420

August 20, 1976

The Honorable
Marvin Mandel
Governor of Maryland
State House
Annapolis, Maryland   21404

Dear Governor Mandel:

Pursuant to the authority vested in me by Public Law 93-82, 38 United States Code 5007, on behalf of the United States, I hereby retrocede and relinquish to the State of Maryland, such measure of legislative jurisdiction as is necessary to establish concurrent jurisdiction between the Federal Government and the State, over all lands comprising the Veterans Administration Hospital at Perry Point and the Veterans Administration Hospital at Baltimore.

Exclusive jurisdiction over the lands of the Veterans Administration Hospital at Perry Point, Cecil County, Maryland, vested in the United States by virtue of Article I, Section 8, Clause 17 of the Constitution with the consent of the State embodied in the Maryland General Act of Cession of April 8, 1902, amended by Act approved April 7, 1904 (Annotated Code of Maryland, 1957, Art. 96, Sec. 28).

Exclusive jurisdiction over the Veterans Administration Hospital at 3900 Loch Raven Boulevard, Baltimore, Maryland, was accepted by the United States in a letter from the Administrator of Veterans Affairs to the Governor of Maryland dated May 9, 1949, effective June 1, 1949, in accordance with the provisions of section 355, Revised Statutes as amended, 40 United States Code 255. Consent by the State was embodied in the Special Act of Cession approved April 22, 1949.

Retrocession to concurrent jurisdiction over said lands shall become effective upon your written acceptance. This letter has been prepared in duplicate original, and it is requested that one original be returned duly executed for Veterans Administration records.

Sincerely,

RICHARD L. ROUDEBUSH
Administrator

The above stated retrocession to concurrent jurisdiction is accepted on behalf of the State of Maryland.

September 1, 1976
DATE

MARVIN MANDEL
Governor of Maryland