IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**KEVIN A. SOPER,**

*Plaintiff,*

v.            Case No. 1:23-cv-03271-JRR

**STATE OF MD FOR CECIL COUNTY,**

*Defendant.*

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Pending before the court are Defendant's Motion to Dismiss (ECF No. 8) and Plaintiff's Motion to Stay of Lower Court Proceeding. (ECF No. 11.) The court has reviewed all papers. No hearing is necessary. Local Rule 105.6 (D. Md. 2023). For the reasons set forth in the accompanying memorandum opinion, it is this 2nd day of July 2024

**ORDERED** that the Motion to Dismiss (ECF No. 8) shall be, and is hereby, **GRANTED**; and further it is

**ORDERED** that the Motion to Stay (ECF No. 11) shall be, and is hereby, **DENIED AS MOOT**; and further it is

**ORDERED** that the Complaint (ECF No. 1) shall be, and is hereby **DISMISSED WITHOUT PREJUDICE**; and further it is

**ORDERED** that Madam Clerk shall furnish a copy of this order to Plaintiff and counsel of record; and further it is

**ORDERED** that Madam Clerk is respectfully directed to close this case.

/S/
_____
Julie R. Rubin
United States District Judge