

# In The Circuit Court of Maryland for Cecil County

|  |  |  |
|---|---|---|
| STATE OF MARYLAND | * | |
| v. | * | |
| KEVIN A. SOPER(Pro Se) | * | CASE NUMBER: C-07-CR-23-000258/414 |
| Defendant | * | |

## Defendant's Motion for Discovery

Pursuant to Md 4-263(j) and Md 4-263(k)(3) defendant in the above captioned case Motions This Court and requests expedited discovery from the State's Attorney for Cecil County Maryland as follows:

1. In an Emergency Petition filed by The Defendant in The Federal District Court for Maryland, The Office of State's Attorney has attached to his "Motion to Dismiss" entered by The Clerk on 01/11/2024, an Affidavit therein described as "Exhibit 2". This Motion to Dismiss states that a State's Attorney for Cecil County, James Dellmeyer indicates that he has prosecuted crimes which occurred at the VA Property at Perry Point, Maryland, where the Defendants alleged State crimes also occurred. State's Attorney Dellmeyer states within his Affidavit that since his office implemented Electronic Case Management System that he has prosecuted "at least 25 other criminal cases", not including the Defendants case in this Court, occurring on VA Property. In order for the Defendant to form a defense strategy for his arrests there, he requests that The Office of State's Attorney produce at least 25 such records, including case numbers, of those other crimes which occurred on that Veteran's Administration Property at Perry Point, Md regardless of the nature or disposition of the charges and arrange for delivery to the Defendant. The Affidavit from The Federal District Court is attached here as Exhibit #1.

2. The Defendant requests disclosure of any list of witnesses to include, but not necessarily exclusive of, Veterans Administration Police Officers and Veterans

    Administration Staff, to be called by The State's Attorney for Cecil County in the above captioned case.

3. The Defendant requests disclosure of any alleged victims names to be called by The State's Attorney for Cecil County in the above captioned case.

4. Defendant requests all digital audio and video evidence originating from; Police body worn cams, Police dash cams, downloaded audio or video data originating from Defendants confiscated cellular phone device or originating from social media to be used by The State's Attorney at trial.

   Any information outlined above that may have been previously requested by Counsel for the Defendant or previously released to Defense Counsel pursuant to Md Rule 4-263 has not yet been disclosed to the now Pro Se Defendant. Defendant's prior counsel has released some information to Defendant but no such information he has requested, as outlined above, has been discovered.

   Defendant requests this Motion to be GRANTED in order to provide for his defense and for the documents requested as outlined above to be provided in an expedited manner in as much as The State's Attorney for Cecil County can provide in advance of the Pretrial Hearing scheduled for 06/24/24 in this Court. Documents may be retrieved by Defendant at The Office of State's Attorney for Cecil County or mailed to the Defendant at his home address of record.

   Wherefore, Defendant Soper (Pro Se) Prays the Court to GRANT this Motion in the interest of justice and and Due Process.

   Defendant Kevin A. Soper (Pro Se) swears and affirms that the contents of this motion and true and correct to the best of his belief.

Respectfully Submitted,  _____  _____

                                  Kevin A Soper        Date

## **CERTIFICATE OF SERVICE**

I, HEREBY CERTIFY, that on this _____ day of May , 2024, a copy of the foregoing Motion for Discovery was SERVED in person to the Office of State's Attorney for Cecil County, Attn: Robert E. Sentman, Esq. ASA at 129 E. Main Street, #3, Elkton, MD 21921.

_____  _____

      Kevin A. Soper(Pro Se)   Date