

# In The Circuit Court of Maryland for Cecil County

|  |  |  |
|---|---|---|
| STATE OF MARYLAND | * |  |
| v. | * |  |
| KEVIN A. SOPER(Pro Se) | * | CASE NUMBER: C-07-CR-23-000258/414 |
| Defendant | * |  |
|  | * |  |

## Motion to Strike

   Pursuant to Maryland Statute 10-405(a), Defendant motions this Court to strike any video or audio evidence entered by the State in the above captioned case which is derived from any alleged violation of Maryland Statute 10-402 in it's entirety and derived from any of Defendant's social media or personal cellular phone device seized pursuant to the case supra.

   In a Court of Special Appeals of Maryland case, the Court found, "In my view, such an action would generally be prohibited under 10-402(a)(1) of the Courts Article, which makes it unlawful for any person to willfully intercept any wire, oral, or electronic communication. An oral communication is defined as 'Any conversation or words spoken to or by any person in a private conversation (10-401(ii)(1)). If an oral communication has been intercepted, it is unlawful to willfully disclose its contents (10-402(a)(2)). Furthermore, under 10-405 neither "the contents of" an intercepted oral communication nor any "evidence derived" from it "may be received in evidence in any trial or other official proceeding." See: Court of Special Appeals of Maryland. Philip Stephen MALPAS v. STATE of Maryland. No. 1016, Sept. Term, 1996

   Wherefore Maryland Law makes unlawful the admission of evidence described herein, Defendant prays this Court to GRANT this Motion.

   Defendant Kevin A. Soper (Pro Se) swears and affirms that the contents of this motion and true and correct to the best of his belief.

Respectfully Submitted, _____ _____

                                        Kevin A Soper       Date

## **CERTIFICATE OF SERVICE**

I, HEREBY CERTIFY, that on this \_\_\_\_\_ day of May , 2024, a copy of the foregoing Motion to Strike was SERVED in person to the Office of State's Attorney for Cecil County, Attn: Robert E. Sentman, Esq. ASA at 129 E. Main Street, #3, Elkton, MD 21921.

                                  _____ _____

                                  Kevin A. Soper(Pro Se)     Date