

# In The Circuit Court of Maryland for Cecil County

|  |  |  |
|---|---|---|
| STATE OF MARYLAND | * | |
| v. | * | |
| KEVIN A. SOPER(Pro Se) | * | CASE NUMBER: C-07-CR-23-000258/414 |
| Defendant | * | |

## Motion to Recuse

Pursuant to Maryland Rule 3-505 Defendant requests The Administrative Judge of The Circuit Court for Cecil County, The Honorable Brenda A. Sexton, for Recusal and replacement of the assigned Judge in the above captioned case, The Honorable Keith Baynes.

By and through the affidavit attached, Defendant asserts an "appearance of prejudice" as noted in Md Court Rules 18-101.2(b). The Judge in the pending matter has denied and delayed motions that should be granted as a matter of law, has given the impression that Defendant's Pro Se Motions are not worthy of being heard nor considered, has acted outwardly with emotion during proceedings to the point of a physical outburst on the bench, has refused pertinent Federal paperwork derived from the Federal District for Maryland Judiciary Record presented as a courtesy to the Court in good faith and has practiced law from the bench and on the record, contrary to Md Court Rules 18-103.1(a).

Defendant prays the following relief in this matter by the Administrative Judge for Cecil County, Maryland.

1. Defendant prays for Judge Keith Baynes to be recused from any further proceedings in the above captioned case.

2. Defendant prays the above captioned matter to be postponed until a newly assigned Circuit Court Judge has an opportunity to review certain motions to be Motioned by the Defendant for Reconsideration and to give said Judge an opportunity to familiarize their self with the the case. (Defendant has thrice prior and continues to waive the Hicks Rule.)

   Defendant Kevin A. Soper (Pro Se) swears and affirms that the contents of this motion and true and correct to the best of his belief and knowledge.

   Respectfully Submitted,  _____  _____

                                   Kevin A Soper          Date

   By:   Kevin A. Soper
         704 Cedar Day Dr
         Belair, Md. 21015
   Email: newlifebearing@yahoo.com