## SEARCH AND SEIZURE WARRANT IN

## CECIL COUNTY, MARYLAND

TO: Sergeant Dale Money #2346 of the Veterans Affairs Police Department, or any other Police Officer, State of Maryland

Upon reviewing the Application and the accompanying Affidavit of Sergeant Dale Money, of the Veterans Affairs Police Department, which are incorporated into this warrant. I find there exists probable cause to issue this Search and Seizure Warrant. You are therefore commanded with the necessary and proper assistance to search forthwith the Black Samsung Smartphone

> You shall conduct a search on the Black Samsung Smartphone in reference to:
> **Maryland Wiretapping and Electronic Surveillance Act, CJ 10-402**
>
> The aforementioned cellular phone is further described as a cellular communication device that contains the ability to retain large amounts of data and information and allows instant communication with others.   That information includes videos, audio files, text files containing audio and video, and Cloud data.
>
> You shall seize the following items / evidence from the timeframe of January 15, 2023, at 00:00:00 (Eastern Standard Time) through February 22, 2023, at 23:59:59 (Eastern Standard Time):
>
> - **Messaging History (to include SMS, MMS and to include but not limited to installed applications, specifically Youtube.com)**
> - **Videos**
> - **Audio Files**
> - **Text Files containing video and audio**
> - **Cloud Data**

1. Upon execution of this warrant, you shall leave an inventory of the items seized, together with a copy of this warrant, application, and supporting Affidavit (unless previously sealed by court order) with the person from whom the items are seized, or with the person in charge of the premises, or if neither of those persons is present, then in a conspicuous place on the premises.

2. You shall return this warrant to me or, if I am not available, to any Judge of this Court within 10 days of the date of its execution, along with verified inventory of the items seized.

3. If this warrant is not executed within 15 days of its issuance, it expires and shall become nulled and void. This warrant may be executed at any time of the day or night.

Judge: *Bonnie Schneider*  Date/Time: Mar 3, 2023 | 11:53 AM EST

District Court of Maryland for Cecil County

## *APPLICATION AND AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT*

**TO:** The Honorable _____Bonnie Schneider_____Judge of the Circuit/District Court for Cecil County, State of Maryland.

APPLICATION is herewith made for Search and Seizure Warrant in that there is probable cause to believe that a crime is being/has been committed and that there is contraband and or evidence relating to the commission of the following crimes:

**Maryland Wiretapping and Electronic Surveillance Act, CJ 10-402**

Of the Annotated Code of Maryland. And amended and revised, are being violated in and upon a certain device described as:

**One – black Samsung smartphone with one black protective case. The service to the smartphone is provided by Verizon Wireless. The wireless number to the smartphone is (410)-627-2778.**

Which can be identified by your affiant, Sergeant Dale Money, of the Perry Point Veterans Affairs Police Department, currently employed as a Supervisory Police Officer for that agency.

In support of this Application and Affidavit and the basis for Probable Cause, your affiant deposes and says:

The Incident was reported under Central Complaint #512230066.

On Monday, 01/30/2023 at approximately 1320 hours, Sgt. Money responded to a disruptive patient at Bldg. 364 located on Perry Point Veterans Affairs Medical Center. Sgt. Money met with the complainant/victim who is identified as Dr. Anuragg Sood. Sgt. Money then met with the patient identified as Kevin A. Soper. Soper had in his hand a black smartphone during the interaction between him, Dr. Sood and Sgt. Money.

It is known to the Veterans Affairs Police Department that Soper films himself while interacting with the public and post the videos of the interactions to his youtube.com channel titled "The Angry Vet". Sgt. Money viewed the video posted by Soper on his youtube.com channel that revealed that Soper appeared to

1

## *APPLICATION AND AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT*

be secretly filming and recording audio of Dr. Sood without her consent. Sgt. Money asked Dr. Sood at any time did she give permission for Soper to film or record her audibly. Dr. Sood told Sgt. Money that she never gave permission to Soper or anyone else to film or record her.

After further investigation, it was discovered that Soper posted another video to his youtube.com channel. The exact date and time of the video is unknown but on the youtube.com page stated that the video was posted approximately one month ago. In this video Soper is on the grounds of the Perry Point VA Medical Center where he appears to be secretly recording an employee. At this time the employee has yet to be identified.

Sgt. Money is requesting a search warrant of Soper's smartphone to see if there are any unedited videos of Dr. Sood and any unknown employees within his smartphone that could implicate him secretly filming and audibly recording other victims that he has not yet posted to his youtube.com channel.

On 2/22/2023 Soper was served with an arrest warrant while at the Perry Point Veterans Affairs Medical Center. The arrest warrant was for: Maryland Wiretapping and Electronic Surveillance Act, CJ 10-402 and Disorderly Conduct CR 10-201(C)(2). During the arrest a black Samsung smartphone was seized as evidence.

- The black smartphone was inventoried, secured and logged into evidence at the Veterans Affairs Police Station and stored in Temporary Evidence Locker. The smartphone was logged into evidence on a VA Police Property Held Evidence Record, VA Form 3524 and VA Form 3524-A.

The smartphone was placed into evidence and will be downloaded after a search warrant is obtained.

All events occurred on the Perry Point Veterans Affairs Medical Center, Perry Point, Maryland 21902

The incident inference to Veterans Affairs Police Department Case #512230066(Maryland Wiretapping and Electronic Surveillance Act, CJ 10-402) took place on January 30, 2023. It is known to this agency that Soper has frequented the Perry Point VA Medical Center prior to the January 30th incident. Sgt. Money believes there may be the potential for more victims and is requesting for a search of Soper's smart phone on the following dates and times:

You shall seize the following items / evidence from the timeframe of January 15, 2023, at 00:00:00 (Eastern Standard Time) through February 22, 2023, at 23:59:59 (Eastern Standard Time)

Sergeant Money became a Certified Deputy Sheriff in January 2009 with the Richmond City Sheriff's Office, located in Richmond, VA., where he served for 7 years. The Basic Deputy Academy was approximately 4 months with continuous monthly In-service Training. In 2015 Sgt. Money became a Certified Police Officer with the Veterans Affairs Police Department. The VA Police Academy was a total of 320 hours. Sgt. Money has attended the Standardized Police Officer Recertification for a total of 40 hours and the First Line Immediate Supervisor's Course for a total of 40 hours. The combined routine and In-Service Training for the VA Police is a total 534 hours.

## *APPLICATION AND AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT*

Your Affiant, Sergeant Dale Money, is currently employed as a Supervisory Police Officer for the Department of Veterans Affairs located at Perry Point, Maryland. Your Affiant currently assigned to the Patrol Section after having commenced employment in April 2015. Prior to that, your Affiant was employed as a Deputy Sheriff for 7 years with the Richmond City Sheriff's Office. While with the Richmond City Sheriff's Office your Affiant was assigned to the Corrections, Court Security, and Civil Process Divisions.

**Your Affiant avers that based on the arrest and information received along with your Affiants' training, knowledge and experience acquired during the aforementioned schools and investigations, that there is probable cause to believe, and your affiant does believe that the laws relating to the Maryland Wiretapping and Surveillance Act.**

Your Affiant, therefore, prays that a search and seizure warrant be issued authorizing him, with the necessary and proper assistance to:

A: To scan and download any unedited pictures and or video from the smartphone that may have been used to commit a crime.

B: Bring said evidence before me, the subscriber, or some other Judicial Officer of the State in and for the County aforesaid, to be dealt with and disposed of according to law.

SUBSCRIBED AND SWORN TO, this __3rd__ day of __March__, 2023 at __1108__ (AM)/PM.

_Sgt. Dale Money_
Sergeant Dale Money, #2346

3

### *APPLICATION AND AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT*

BEFORE Me, A Circuit Court Judge of the State of Maryland, in and for Cecil County, this _____ day of _____ 2023 personally appeared Sergeant Dale Money, personally known to me or properly identified, and made oath that the contents of the foregoing application and affidavit are true and correct.

_____
                    **JUDGE**

```
Electronically transmitted to me and subscribed and sworn to on this 3rd day of
March 2023 by Sgt. Money of the Veterans Affairs Police Department as authorized by
 Criminal Procedure 1-203, and made oath the content of this affidavit and
application are true and correct.
```

*Bonnie Schneider*

District Court of Maryland for Cecil County

Mar 3, 2023 | 11:53 AM EST

4

## *APPLICATION AND AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT*

**TO:** The Honorable_____Judge of the Circuit/District Court for Cecil County, State of Maryland.

APPLICATION is herewith made for Search and Seizure Warrant in that there is probable cause to believe that a crime is being/has been committed and that there is contraband and or evidence relating to the commission of the following crimes:

**Maryland Wiretapping and Electronic Surveillance Act, CJ 10-402**

Of the Annotated Code of Maryland. And amended and revised, are being violated in and upon a certain device described as:

**One – black Samsung smartphone with one black protective case. The service to the smartphone is provided by Verizon Wireless. The wireless number to the smartphone is (410)-627-2778.**

Which can be identified by your affiant, Sergeant Dale Money, of the Perry Point Veterans Affairs Police Department, currently employed as a Supervisory Police Officer for that agency.

In support of this Application and Affidavit and the basis for Probable Cause, your affiant deposes and says:

The Incident was reported under Central Complaint #512230066.

On Monday, 01/30/2023 at approximately 1320 hours, Sgt. Money responded to a disruptive patient at Bldg. 364 located on Perry Point Veterans Affairs Medical Center. Sgt. Money met with the complainant/victim who is identified as Dr. Anuragg Sood. Sgt. Money then met with the patient identified as Kevin A. Soper. Soper had in his hand a black smartphone during the interaction between him, Dr. Sood and Sgt. Money.

It is known to the Veterans Affairs Police Department that Soper films himself while interacting with the public and post the videos of the interactions to his youtube.com channel titled "The Angry Vet". Sgt. Money viewed the video posted by Soper on his youtube.com channel that revealed that Soper appeared to

1

### *APPLICATION AND AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT*

be secretly filming and recording audio of Dr. Sood without her consent. Sgt. Money asked Dr. Sood at any time did she give permission for Soper to film or record her audibly. Dr. Sood told Sgt. Money that she never gave permission to Soper or anyone else to film or record her.

After further investigation, it was discovered that Soper posted another video to his youtube.com channel. The exact date and time of the video is unknown but on the youtube.com page stated that the video was posted approximately one month ago. In this video Soper is on the grounds of the Perry Point VA Medical Center where he appears to be secretly recording an employee. At this time the employee has yet to be identified.

Sgt. Money is requesting a search warrant of Soper's smartphone to see if there are any unedited videos of Dr. Sood and any unknown employees within his smartphone that could implicate him secretly filming and audibly recording other victims that he has not yet posted to his youtube.com channel.

On 2/22/2023 Soper was served with an arrest warrant while at the Perry Point Veterans Affairs Medical Center. The arrest warrant was for: Maryland Wiretapping and Electronic Surveillance Act, CJ 10-402 and Disorderly Conduct CR 10-201(C)(2). During the arrest a black Samsung smartphone was seized as evidence.

- The black smartphone was inventoried, secured and logged into evidence at the Veterans Affairs Police Station and stored in Temporary Evidence Locker. The smartphone was logged into evidence on a VA Police Property Held Evidence Record, VA Form 3524 and VA Form 3524-A.

The smartphone was placed into evidence and will be downloaded after a search warrant is obtained.

All events occurred on the Perry Point Veterans Affairs Medical Center, Perry Point, Maryland 21902

The incident inference to Veterans Affairs Police Department Case #512230066(Maryland Wiretapping and Electronic Surveillance Act, CJ 10-402) took place on January 30, 2023. It is known to this agency that Soper has frequented the Perry Point VA Medical Center prior to the January 30th incident. Sgt. Money believes there may be the potential for more victims and is requesting for a search of Soper's smart phone on the following dates and times:

You shall seize the following items / evidence from the timeframe of January 15, 2023, at 00:00:00 (Eastern Standard Time) through February 22, 2023, at 23:59:59 (Eastern Standard Time)

Sergeant Money became a Certified Deputy Sheriff in January 2009 with the Richmond City Sheriff's Office, located in Richmond, VA., where he served for 7 years. The Basic Deputy Academy was approximately 4 months with continuous monthly In-service Training. In 2015 Sgt. Money became a Certified Police Officer with the Veterans Affairs Police Department. The VA Police Academy was a total of 320 hours. Sgt. Money has attended the Standardized Police Officer Recertification for a total of 40 hours and the First Line Immediate Supervisor's Course for a total of 40 hours. The combined routine and In-Service Training for the VA Police is a total 534 hours.

## *APPLICATION AND AFFIDAVIT FOR SEARCH AND SEIZURE WARRANT*

Your Affiant, Sergeant Dale Money, is currently employed as a Supervisory Police Officer for the Department of Veterans Affairs located at Perry Point, Maryland. Your Affiant currently assigned to the Patrol Section after having commenced employment in April 2015. Prior to that, your Affiant was employed as a Deputy Sheriff for 7 years with the Richmond City Sheriff's Office. While with the Richmond City Sheriff's Office your Affiant was assigned to the Corrections, Court Security, and Civil Process Divisions.

**Your Affiant avers that based on the arrest and information received along with your Affiants' training, knowledge and experience acquired during the aforementioned schools and investigations, that there is probable cause to believe, and your affiant does believe that the laws relating to the Maryland Wiretapping and Surveillance Act.**

Your Affiant, therefore, prays that a search and seizure warrant be issued authorizing him, with the necessary and proper assistance to:

A: To scan and download any unedited pictures and or video from the smartphone that may have been used to commit a crime.

B: Bring said evidence before me, the subscriber, or some other Judicial Officer of the State in and for the County aforesaid, to be dealt with and disposed of according to law.

SUBSCRIBED AND SWORN TO, this ___3rd___ day of ___March___, 2023 at ___1108___ (AM)/PM.

___Sgt. Dale Money___
Sergeant Dale Money, #2346

3

## SEARCH WARRANT INVENTORY
## REPORT AND RETURN

The attached list constitutes an official inventory of items seized from (*persons, premises, conveyance, thing, etc.*):

**1 Black Samsung Smartphone**

As a result of a **DISTRICT COURT SEARCH WARRANT,** being executed on (*date*) **Mar 15, 2023**

at (*time*) **1330**

This search warrant inventory was prepared by (*Seizing Officers*)   **Sgt. D. Money #2346**

and in the presence of (*witness*) **Officer Brian David, Elkton, MD Police Dept.**

I hereby acknowledge receipt of a copy of the attached inventory as presented to me by the Seizing Officer(s):

Recipient's *Signature*: _____   Date: _____   Time: _____

☐ *NOTE:* Check block if location of search warrant was unoccupied and copy left in conspicuous location.

**(This section to be completed only on official return)**

I swear this inventory is a true and detailed account of all property taken by the aforementioned seizing officer(s) on the warrant.

Signature: *Sgt. D. Money*

Subscribed and sworn to and returned before me on this _____ day of _____

Judge's Name & *Signature*: _____

**JUDGE OF MARYLAND FOR**

MSP 98 (02-17)   ☐ COPY: Issuing Judge   ☐ COPY: Officer   ☐ COPY: Recipient

**EVIDENCE INVENTORY FORM**

MSP 98A (02-17)

Primary Location: **1 black Samsung Smartphone**    PAGE **1** OF **1**

List item number, specific location and description for items seized.

Item No. **1**   **50 videos**

Item No. **2**   **189 Images**

Item No. **3**   **1,334 Instant Messages**

Item No. **4**   **2 Text**

Item No. **5**   **1 Audio File**

Item No. _____  _____

Item No. _____  _____

Item No. _____  _____

Item No. _____  _____

Item No. _____  _____

Item No. _____  _____

Seizing Officer(s) Signature: _Sgt. D. Nosley_

MSP 98A (02-17)   ☐ COPY: Issuing Judge   ☐ COPY: Officer   ☐ COPY: Recipient