| | | |
|---|---|---|
| STATE OF MARYLAND | * | IN THE |
| | * | CIRCUIT COURT |
| VS. | * | FOR |
| | * | CECIL COUNTY |
| KEVIN A. SOPER | * | CASE NO.:C07CR23000258 |
| | | CASE NO.:C07CR23000414 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## STATE'S RESPONSE TO DEFENDANT'S MOTION TO DISCLOSE GRAND JURY TESTIMONY AND MOTION FOR DISCOVERY

TO THE HONOURABLE JUDGES OF SAID COURT:

NOW COMES the State of Maryland, by Robert E. Sentman, Assistant State's Attorney for Cecil County, in response to Defendant's above-captioned motions, and in response hereto states the following:

1. That on Friday, May 24, 2024, Defendant filed two separate motions in each of the above-captioned cases, respectively titled Motion to Disclose Grand Jury Testimony and Motion for Discovery.

2. That the Office of the State's Attorney for Cecil County is not in possession of any recorded Grand Jury testimony or minutes as requested by Defendant in their Motion for Grand Jury Testimony.

3. That the information referenced and sought in paragraph 1 of Defendant's Motion for Discovery is neither discoverable under Maryland Rule 4-263, nor would any of that information be relevant to these proceedings. The State is under no obligation to provide such information.

4. That the information sought in the remainder of Defendant's Motion for Discovery has already been previously disclosed and provided in the ordinary course of discovery by way of the State filing its Notice of Compliance and discovery responses on April 24, 2023 in case C07CR23000258 and on June 12, 2023 in case C07CR23000414.

WHEREFORE, the State respectfully requests that the Court DENY Defendant's Motion for Grand Jury Testimony and Minutes and Motion for Discovery and grant the State any other appropriate or necessary relief.

Robert E. Sentman /s/
Robert E. Sentman, AIS #1512160257
Assistant State's Attorney
129 E. Main Street
Elkton, MD, 21921
(410) 996-5335 (p)
(410) 392-7814 (f)
rsentman@cecilstatesattorneymd.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2024, a copy of the foregoing State's Response was mailed first class, postage prepaid, to Kevin A. Soper, Defendant, at 704 Cedar Day Drive, Bel Air, MD, 21015.

Robert E. Sentman /s/
Robert E. Sentman
