IN THE CIRCUIT COURT FOR CECIL COUNTY

STATE OF MARYLAND

**STATE OF MARYLAND,**                                  Criminal Docket

                                                        No. C-07-CR-23-000258

     v.

**KEVIN A. SOPER,**

     **Defendant.**

OFFICIAL TRANSCRIPT OF PROCEEDINGS

PRE-TRIAL CONFERENCE

VOLUME 2 OF 2

**Elkton, Maryland**

June 24, 2024

BEFORE:

    BRENDA A. SEXTON, JUDGE

APPEARANCES:

    For the Plaintiff:

        **ROBERT E. SENTMAN, ESQUIRE**

    For the Defendant:

        **KEVIN A. SOPER, PRO SE**

Transcribed from electronic recording by:

    Renee J. Hunter

    Transcriber

1                ELKTON, MARYLAND, JUNE 24, 2024

2        (Call to the order at 1:29 p.m.)

3            MR. SENTMAN:  Good morning, Your Honor.

4            THE COURT:  Good afternoon.

5            MR. SENTMAN:  Madam Clerk, let me know when you're

6    ready.

7            THE CLERK:  I'm ready.  Thank you.

8            THE COURT:  I'm ready.

9            MR. SENTMAN:  Okay.  Your Honor, if I can call two

10   matters; the State of Maryland versus Kevin A. Soper; case

11   number CR-23-258 and 23-414.  For the record, Robert Sentman on

12   behalf of the State.

13           THE COURT:  Okay.  And let the record show Mr. Soper

14   is here pro se.

15           MR. SENTMAN:  Your Honor, we're here for a pretrial

16   conference.  This matter's currently scheduled for trial.  And

17   these two matters that are consolidated are scheduled for a

18   two-day trial Wednesday and Thursday of --

19           THE COURT:  All right.

20           MR. SENTMAN:  -- this week.  I was notified Friday at

21   approximately 4:14 p.m.  by Dr. Sood, who is the victim in the

22   258 matter, that she was placed on medical leave on June 10th.

23   I was not notified that she was placed on medical leave until I

24   tried to get a hold of her for trial.  She called me back; she

25   notified this.  She stated -- she put it to me, without telling

1  me what the situation is, because I didn't ask her, that she
2  was completely unable to come to work or court at the moment.
3  She also currently does not have return-to-work date.
4       So, like I said, I -- I found this out Friday
5  afternoon --
6       THE COURT: Okay.
7       MR. SENTMAN: -- one day prior. So --
8       THE COURT: All right. I guess you're getting to
9  asking for a postponement?
10      MR. SENTMAN: I think I have to. And -- and for two
11 reasons, Judge --
12      THE COURT: Okay. But -- but before you -- you're
13 going to have to go down and see Judge Sexton.
14      MR. SENTMAN: I understand.
15      THE COURT: That's -- you know, I don't -- I don't
16 want to waste -- I can't do anything --
17      MR. SENTMAN: I can --
18      THE COURT: -- unless she --
19      MR. SENTMAN: I can --
20      THE COURT: -- unless she authorizes me to do it.
21 I'll consider it. But, otherwise, she needs to make that call.
22      MR. SENTMAN: I understand.
23      THE COURT: Okay. So I'll just direct you,
24 Mr. Soper, to go down there and see what she says, whether
25 she's --

```
 1                MR. SOPER:  Yes, Your Honor.
 2                THE COURT:  -- going to rule on it or direct me to
 3   rule.  But --
 4                MR. SENTMAN:  I -- we will go ask her.
 5                THE COURT:  All right.
 6                MR. SOPER:  So are we going to continue pretrial
 7   hearing here or -- or --
 8                MR. SENTMAN:  That depends on what --
 9                THE COURT:  It depends on what Judge Sexton does.
10   She's -- she is --
11                MR. SOPER:  Okay.
12                THE COURT:  -- now the administrative judge, so I'm
13   going to --
14                MR. SOPER:  She's been the administrative judge for
15   how long, sir?
16                THE COURT:  January of last year, I guess.
17                MR. SOPER:  January of --
18                THE COURT:  Or April of last year.  I requested it
19   because I'm -- I am now a senior judge, and I requested to be
20   relieved of those duties, and the chief judge agreed to assign
21   her those duties as of April of 2023.
22                MR. SOPER:  All right.  Well, we'll talk to
23   Ms. Sexton then.  You enjoy your retirement, Your Honor.
24                THE COURT:  I -- I may -- I'm still hearing cases, so
25   don't worry.
```

1       (Recess at 1:32 p.m., recommencing at 1:54 p.m.)

2       MR. SENTMAN: Your Honor, we were sent down here by

3  Judge Baynes' court for the State's preliminary.

4       THE COURT: Okay.

5       MR. SENTMAN: I don't know if they sent the

6  information down or not.

7       THE COURT: Which case is this, sir?

8       MR. SENTMAN: Your Honor, this is two consolidated

9  cases in the State of Maryland versus Kevin A. Soper; cases CR-

10 23-414, CR-23-258.

11      THE COURT: Thank you. Mr. Sentman, you're here

12 representing the State.

13      Sir, could you state your name for the address --

14 name and address for the record?

15      MR. SOPER: Kevin Alexander Soper, 704 Cedarday

16 Drive, Bel Air, Maryland 2 -- 21015.

17      THE COURT: Thank you.

18      MR. SENTMAN: Your Honor, we --

19      THE COURT: So you have this matter scheduled for a

20 pretrial today in Courtroom 4?

21      MR. SENTMAN: That's correct, Your Honor. We briefly

22 appeared in Courtroom 4 and I indicated to Judge Baynes I had a

23 preliminary. Before I got much further with my request, he had

24 instructed that we come down here and address Your Honor as the

25 Administrative Judge.

1       Your Honor, this is set for a two-day jury trial for
2  these two consolidated cases Wednesday and Thursday of this
3  week.  It has been postponed in the past.  I would just note
4  that those -- those have been Defense, either Mr. Soper or
5  counsel's request.  This will be the State's first request to
6  postpone this trial date.
7       What happened was -- and all previous trial dates,
8  Dr. Sood, of the VA Medical Center, has been cooperative and
9  available.  I was having trouble getting through to her last
10 week in anticipation of this trial date, and then learned
11 Friday afternoon at 4:00, when she was able to -- I finally got
12 a message to her and she was able to call me, and stated that
13 on June 10th she was placed on medical leave from her job.  And
14 her words to me were that she, quote, absolutely would not be
15 able to appear in court for trial this week.
16      This case sort of starts with the incident that
17 concerns Dr. Sood, and goes from there.  She's also the named
18 victim in the case ending in 258. She also stated that she does
19 not currently have a return to work date.
20      THE COURT:  Uh-huh.
21      MR. SENTMAN:  So I am unfortunately just -- you know,
22 this is one of those things that nobody can predict with all
23 that happened back at the last continuance.  But I'm unable to
24 go forward with -- or able to call her as a witness in the
25 trial this week.

1       I did make Mr. Soper aware of my request to -- or my
2  intention to ask the Court to postpone this matter.  Initially,
3  we had a conversation in the hallway.  He indicated he
4  objected.  I said, that's fine, he can object and the Court can
5  rule.  A few minutes ago in this courtroom he approached me and
6  indicated -- and he can correct me -- that he's changed his
7  mind, that he is not opposed to the State's request.
8       The other matter that -- the other collateral matter
9  is that back in, I believe, January, Mr. Soper had filed a
10 claim in the District Court -- Federal District Court in
11 Maryland asking them to take action regarding this case because
12 it does concern concurrent jurisdiction of a Federal property.
13      THE COURT:  I think I had considered a postponement
14 when that occurred previously.
15      MR. SENTMAN:  And as of this morning, per the
16 Attorney General's office, the Federal District Court has still
17 not ruled on that issue.  So while I don't expect it to
18 ultimately change anything about this case, I would prefer to
19 have that decision from the Federal District Court.  Not that
20 this trial date factured into their rush to get a decision done
21 one way or other, but I was able to contact assignment and get
22 an alternative date.  The assignment officer provided me a
23 pretrial conference date of August 30th and a trial date of
24 September 4th and 5th.  That would be -- the pretrial
25 conference is earlier because the following Monday is the Labor

1  Day holiday.

2          THE COURT:  Holiday.

3          MR. SENTMAN:  So -- and I understand that if -- if
4  Dr. Sood has no return to work date, we -- if the Court were to
5  grant my request and she's still not available to come to court
6  because of a medical issue in September, I understand that I am
7  not in a position at that point to request another postponement
8  for that issue because then we would have no idea if she's ever
9  going to be able to come back or not.

10         But for those two reasons right now, they'd be my
11 request.  And -- and if Mr. Soper's not opposed, then -- you
12 know, he has previously waived Hicks on I think at least two
13 occasions.  So we're outside of Hicks, and I'd ask the Court to
14 find good cause and grant my request.  And obviously Mr. Soper
15 can -- can correct me if I've not represented his position
16 clearly.

17         THE COURT:  Thank you.

18         Mr. Soper, Mr. Sentman indicates that he had spoken
19 with you about his request for postponement.

20         MR. SOPER:  Yes, we've spoke about that.  I just want
21 to clarify on the record, though, one of the postponements, the
22 earlier postponement, it was a mutual thing --

23         THE COURT:  Okay.

24         MR. SOPER:  -- for both attorneys because of the
25 jurisdiction.  They didn't know -- didn't have enough

1  information and stuff like that.
2              THE COURT:  We still don't have a ruling from the
3  Federal Court?
4              MR. SOPER:  We don't have a ruling from the Federal
5  Court.  And, yes, I would like to have the ruling from the
6  Federal Court as well.  And there's a couple motions also that
7  are still left on the table that haven't been ruled on as far
8  as like the recusal of Judge Baynes and the motion to -- to
9  strike evidence, and all kinds of stuff that still hasn't been
10 resolved yet.  And, yes, I would like a postponement as well I
11 guess -- or agree to his postponement because I'd rather come
12 to trial fully prepared than just half-cocked, Your Honor.
13             THE COURT:  The August 30 day for pretrial and then
14 the September 4 and 5 new trial dates are acceptable to you?
15             MR. SOPER:  Yes, Your Honor.
16             THE COURT:  Okay.  Mr. Sentman, Mr. Soper indicates
17 that there are motions to be heard.
18             MR. SENTMAN:  There are -- he did file some motions
19 approximately ten days ago.  I have not responded in writing
20 yet.  If the Court entertains my request, then I will file
21 responses and the Court can rule --
22             THE COURT:  Set hearings.
23             MR. SENTMAN:  -- from there.
24             THE COURT:  Okay.
25             MR. SOPER:  Well, actually, one of the motions was

```
 1  actually directed to you.  You're the only one that can -- can
 2  rule and/or answer to it.
 3              THE COURT:  When did you file that, sir?
 4              MR. SOPER:  A week and a half ago.
 5              MR. SENTMAN:  I think they were all June 14th, if I
 6  remember right.
 7              THE COURT:  Okay.  So Mr. Sentman will have 18 days
 8  to file a response -- or 15, and then I'll rule and schedule a
 9  hearing, if needed.
10              Well, I have listened to the information presented by
11  Mr. Sentman requesting a postponement.  A necessary witness, a
12  victim --
13              MR. SOPER:  Alleged victim, Your Honor.
14              THE COURT:  -- alleged victim, is not available for
15  medical reasons.  So the Court does find good cause.  Mr. Soper
16  indicates that he does not object to these new dates.
17              So the Court will reschedule the pretrial for August
18  30, 2024.
19              And is that a 9 a.m.?
20              MR. SENTMAN:  They're probably 9:30 if they're --
21              THE COURT:  9:30?
22              MR. SENTMAN:  -- Wednesday, Thursday trial dates.
23              THE COURT:  And then September 4 and 5 for trial in
24  this matter.
25              MR. SENTMAN:  I'm sorry, Your Honor.  The pretrial
```

```
 1  conference would be 1:30 since it's a Monday.
 2          THE COURT:  It is a Monday?
 3          MR. SENTMAN:  The 30th?  Yes.
 4          THE COURT:  Let me look.  I know it's before a
 5  holiday, so -- it's a Friday.  So --
 6          MR. SENTMAN:  Oh, never mind. So it -- it would be --
 7          THE COURT:  9 a.m.?
 8          MR. SENTMAN:  Let me see if assignment said one way
 9  or the other.
10          THE COURT:  It's not in -- in the case file.
11          MR. SENTMAN:  I would assume it's at 9:00 then.
12          THE COURT:  Okay.
13          MR. SENTMAN:  Sorry.  That --
14          THE COURT:  August 30th, 9 a.m. pretrial conference.
15  September 4 and 5 trial dates.  Mr. Sentman will file responses
16  to the motions filed by Mr. Soper.  The Court will then rule on
17  them and/or set a hearing and get those set as far in advance
18  as we can of August 30.
19          Any other matters we need to resolve today?
20          MR. SENTMAN:  Your Honor, I did file my voir dire
21  this morning.
22          THE COURT:  Okay.
23          MR. SENTMAN:  And because Mr. Soper is -- is pro se,
24  I certified that I would hand-deliver him a copy --
25          THE COURT:  Okay.
```

1          MR. SENTMAN:  -- of that today.  I'm going to give
2  him --
3          THE COURT:  So you're going to give that to him?
4          MR. SENTMAN:  -- a copy of my proposed voir dire as
5  well as a courtesy copy of paper discovery that has --
6  everything's all been previously provided through counsel
7  months and months ago, but I'm just -- out of an abundance of
8  caution, I'm granting another copy to him today in the
9  courtroom.  So I'll hand that to him before he leaves.
10         MR. SOPER:  Yeah, that would be great because my
11 counsel quit on me and didn't give me all the records.  So --
12         THE COURT:  All right.  Well, I note then
13 Mr. Sentman's going to give Mr. Soper the discovery
14 information, voir dire, and our trial dates then for June 26
15 and 27 are vacated.
16         MR. SENTMAN:  Thank you, Your Honor.
17         THE COURT:  Any other issues we need to resolve
18 today?
19         MR. SENTMAN:  Nothing from the State.
20         THE COURT:  Mr. Soper?
21         MR. SOPER:  The -- now that it has come to your
22 attention that my -- my counsel quit on me and did not give me
23 all of the discovery, can I file a motion to reconsider the
24 discovery that I asked for and was --
25         THE COURT:  Are you asking --

```
 1              MR. SOPER:  -- denied?
 2              THE COURT:  You're asking the State's attorney to
 3    give you the discovery again?  Is that what you're asking?
 4              MR. SOPER:  Yes.
 5              THE COURT:  Okay.
 6              MR. SENTMAN:  That's what I'm providing here,
 7    Your Honor.  Everything in --
 8              THE COURT:  That's what Mr. Sentman says he's doing
 9    today.
10              MR. SOPER:  Oh, okay.
11              THE COURT:  Okay?
12              MR. SENTMAN:  Everything -- everything I have in
13    paper format is --
14              THE COURT:  Everything he has --
15              MR. SENTMAN:  -- is right here.
16              THE COURT:  -- he's giving to you today.
17              MR. SOPER:  Oh, okay.  All right.  So -- so none of
18    the other stuff for like -- witness stuff, like exclude -- like
19    I don't need to file a motion to exclude witnesses right now or
20    anything like that?
21              THE COURT:  I can't give you legal advice.
22    Mr. Sentman is telling me he's going to give you all the
23    information that I think he's given to your previous counsel --
24              MR. SOPER:  Uh-huh.
25              THE COURT:  -- so you have everything.  And then
```

```
 1   you'll have to make decisions what you need to do.  I can't
 2   tell you what to do.  But he is accommodating --
 3             MR. SOPER:  Is this the pretrial hearing or no?
 4             THE COURT:  No.
 5             MR. SOPER:  This is just the postponement
 6   basically --
 7             THE COURT:  This is a postponement hearing --
 8             MR. SOPER:  -- right?
 9             THE COURT:  -- at this point.
10             So if there are motions that the Court needs to
11   address, I urge you to file them promptly so that we can get
12   those addressed before your trial date.
13             MR. SOPER:  I -- I would like to just go on the
14   record and submit a motion to exclude witnesses from the court
15   during testimony.  I'm asking for both the police witnesses and
16   lay witnesses excluded pursuant to Maryland --
17             THE COURT:  Mr. Soper --
18             MR. SOPER:  -- Rule 5-615(a), Exclusion of Witnesses.
19             THE COURT:  Mr. Soper, you need to make that motion
20   in writing.
21             MR. SOPER:  It has to be done in writing, Your Honor?
22             THE COURT:  Yes, sir.  File it in writing.  Yes, sir.
23             MR. SOPER:  I -- I can do that also.  But I can't put
24   it on the record now?
25             THE COURT:  You can tell me you're going to file a
```

```
 1   written motion, but you need to file a written motion.
 2              MR. SOPER:  Yes --
 3              THE COURT:  Okay.
 4              MR. SOPER:  -- I'm filing a motion for that.
 5              THE COURT:  All right.  Thank you.
 6              MR. SOPER:  Uh-huh.
 7              THE COURT:  And then the State has their time to
 8   respond.
 9              MR. SOPER:  Okay.
10              THE COURT:  All right.  Anything further then?
11              MR. SENTMAN:  Nothing for this matter, Your Honor.
12              THE COURT:  Mr. Soper?
13              MR. SOPER:  Nothing, Your Honor.
14              THE COURT:  Thank you.
15              MR. SOPER:  Yes, ma'am.
16         (Proceedings concluded at 2:05 p.m.)
17
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

I hereby certify that the foregoing is a true and correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

*John Buckley*
John Buckley, CET-623
Digital Court Transcriber