

| | |
|---|---|
| Title: | **State of Maryland vs. KEVIN A SOPER** |
| Case Type: | **Criminal Indictment** |
| Filing Date: | **05/11/2023** |
| Case Status: | **Open** |
| Tracking Number(s): | **217007000700** |

# Other Reference Numbers

Consolidated: **C-07-CR-23-000258**

# Defendant Information

## Defendant

Name: **SOPER, KEVIN A**
Race:    **White**   Sex: **Male**   Height: **5'10"**   Weight: **200**
HairColor: **Black**   EyeColor: **Hazel**
DOB:    **04/19/1974**
Address: **704 CEDAR DAY DR**
City:    **BEL AIR**   State: **MD**   Zip Code: **21015-0000**

## Attorney(s) for the Defendant

Name:              **Nowicki, Tyler Esquire**
Appearance Date: **05/24/2023**
Removal Date:    **12/04/2023**
Address Line 1:  **JOHN W NOWICKI PA**
Address Line 2:  **727 N HICKORY AVE**
City:              **BEL AIR**   State: **MD**   Zip Code: **21014**

# Involved Parties Information

## Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Location | Court Room | Result |
|---|---|---|---|---|---|---|
| Hearing - Initial Appearance | 06/13/2023 | 08:30:00 | Sexton, Brenda Alverta | Cecil County Circuit Calendar | Courtroom 1 - 2nd Floor | CancelledReason: Cancelled/Vacated |
| Conference - Status | 07/13/2023 | 09:00:00 | Sexton, Brenda Alverta | Cecil County Circuit Calendar | Courtroom 1 - 2nd Floor | CancelledReason: Postponed/Reset |
| Conference - Status | 08/08/2023 | 09:00:00 | Sexton, Brenda Alverta | Cecil County Circuit Calendar | Courtroom 1 - 2nd Floor | Concluded / Held |
| Conference - Pre-Trial | 10/02/2023 | 13:30:00 | Whelan, V. Michael | Cecil County Circuit Calendar | Courtroom 1 - 2nd Floor | Reset |
| Conference - Pre-Trial | 10/02/2023 | 13:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | Postponed |
| Hearing | 10/02/2023 | 13:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | Concluded / Held |
| Trial - Jury | 10/03/2023 | 09:30:00 | Sexton, Brenda Alverta | Cecil County Circuit Calendar | Courtroom 1 - 2nd Floor | CancelledReason: Postponed/Reset |
| Trial - Jury | 10/04/2023 | 09:30:00 | Sexton, Brenda Alverta | Cecil County Circuit Calendar | Courtroom 1 - 2nd Floor | CancelledReason: Postponed/Reset |
| Hearing - Motion | 11/16/2023 | 13:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | Concluded / Held |
| Conference - Pre-Trial | 12/04/2023 | 13:30:00 | Baynes, Keith A. | Cecil County Circuit | Courtroom 4 - 2nd Floor | Concluded / Held |

| | | | | | | |
|---|---|---|---|---|---|---|
| Hearing | 02/26/2024 | 13:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | Concluded / Held |
| Trial - Jury | 02/28/2024 | 09:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | CancelledReason: Postponed/Reset |
| Trial - Jury | 02/29/2024 | 09:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | CancelledReason: Postponed/Reset |
| Conference - Pre-Trial | 06/24/2024 | 13:30:00 | Sexton, Brenda Alverta | Cecil County Circuit Calendar | Courtroom 1 - 2nd Floor | Postponed |
| Hearing | 06/24/2024 | 13:30:00 | Sexton, Brenda Alverta | Cecil County Circuit Calendar | Courtroom 1 - 2nd Floor | Concluded / Held |
| Trial - Jury | 06/26/2024 | 09:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | CancelledReason: Postponed/Reset |
| Trial - Jury | 06/27/2024 | 09:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | CancelledReason: Postponed/Reset |
| Conference - Pre-Trial | 08/30/2024 | 09:00:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | |
| Trial - Jury | 09/04/2024 | 09:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | |
| Trial - Jury | 09/05/2024 | 09:30:00 | Baynes, Keith A. | Cecil County Circuit Calendar | Courtroom 4 - 2nd Floor | |

## Charge and Disposition Information

Charge No: **1**   CJIS Code: **1-5705**   Statute Code: **CJ.10.402**

Offense Date From: **02/15/2023**   To:
Agency Name:        **Officer ID:**

Charge No: **4**   CJIS Code: **1-5705**   Statute Code: **CJ.10.402**
Charge Description: **DISCLOSE/USE WIRETAP**   Charge Class: **Felony Circuit Court**
**Probable Cause:**
Offense Date From: **02/15/2023**   To:
Agency Name:        **Officer ID:**

Charge No: **5**   CJIS Code: **1-5705**   Statute Code: **CJ.10.402**
Charge Description: **DISCLOSE/USE WIRETAP**   Charge Class: **Felony Circuit Court**
**Probable Cause:**
Offense Date From: **02/15/2023**   To:
Agency Name:        **Officer ID:**

# Document Information

File Date:   **05/11/2023**
Document Name: **Criminal Indictment**

File Date:   **05/11/2023**
Document Name: **Attorney Appearance for State**

File Date:   **05/11/2023**
Document Name: **Transmittal Form**

File Date:   **05/11/2023**
Document Name: **Miscellaneous Document**

File Date:       **05/24/2023**
Document Name: **Motion / Request / Demand for Discovery and Inspection**

File Date:       **05/24/2023**
Document Name: **Motion / Request / Demand for Discovery and Inspection**

File Date:       **05/24/2023**
Document Name: **Motion - MD Rule 4-252 (Motions)**

File Date:       **05/24/2023**
Document Name: **Demand / Request for Presence of Chemist/Analyst**

File Date:       **06/01/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date:       **06/01/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date:       **06/01/2023**
Document Name: **Criminal Assignment Notice**

File Date:       **06/12/2023**
Document Name: **Notice Filed**

File Date:       **06/30/2023**
Document Name: **Motion / Request - To Continue / Postpone**


File Date: **07/13/2023**
Document Name: **Criminal Assignment Notice**

---

File Date: **08/08/2023**
Document Name: **Hearing Sheet**

---

File Date: **09/13/2023**
Document Name: **Motion / Request - To Dismiss**

---

File Date: **09/13/2023**
Document Name: **Supporting Exhibit**

---

File Date: **09/13/2023**
Document Name: **Supporting Exhibit**

---

File Date: **09/13/2023**
Document Name: **Supporting Exhibit**

---

File Date: **09/13/2023**
Document Name: **Supporting Exhibit**

---

File Date: **09/28/2023**
Document Name: **State's Answer / Response**

---

File Date: **09/28/2023**
Document Name: **Supporting Exhibit**

---

File Date: **09/29/2023**
Document Name: **Notice of Discovery**

File Date: **09/29/2023**
Document Name: **Notice of Discovery**

File Date: **09/29/2023**
Document Name: **Notice of Discovery**

File Date: **09/29/2023**
Document Name: **Notice of Discovery**

File Date: **09/29/2023**
Document Name: **Notice of Discovery**

File Date: **09/29/2023**
Document Name: **Notice of Discovery**

File Date: **09/29/2023**
Document Name: **Notice of Discovery**

File Date: **09/29/2023**
Document Name: **Notice of Discovery**

File Date: **09/29/2023**
Document Name: **Notice of Discovery**

File Date:      **10/02/2023**
Document Name: **Waiver of Hick's Rule**

File Date:      **11/16/2023**
Document Name: **Hearing Sheet**

File Date:      **11/20/2023**
Document Name: **Motion - Reconsideration**

File Date:      **11/20/2023**
Document Name: **Supporting Exhibit**

File Date:      **11/20/2023**
Document Name: **Supporting Exhibit**

File Date:      **11/20/2023**
Document Name: **Supporting Exhibit**

File Date:      **11/20/2023**
Document Name: **Supporting Exhibit**

File Date:      **11/21/2023**
Document Name: **Order**

File Date:      **11/21/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date:        **11/28/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date:        **11/29/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date:        **11/29/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date:        **11/29/2023**
Document Name: **Criminal Assignment Notice**

File Date:        **11/29/2023**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date:        **11/29/2023**
Document Name: **Ruling**

File Date:        **12/04/2023**
Document Name: **Hearing Sheet**

File Date:        **12/04/2023**
Document Name: **Hearing Sheet**

File Date:        **12/04/2023**
Document Name: **Waiver of Hick's Rule**

File Date: **02/20/2024**
Document Name: **Motion**

---

File Date: **02/20/2024**
Document Name: **Ruling**

---

File Date: **02/21/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date: **02/21/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**

---

File Date: **02/21/2024**
Document Name: **Criminal Assignment Notice**

---

File Date: **02/22/2024**
Document Name: **Correspondence**

---

File Date: **02/22/2024**
Document Name: **Ruling**

---

File Date: **02/22/2024**
Document Name: **Writ/Summons/Pleading - Confidential Electronic Service**

---

File Date: **02/26/2024**
Document Name: **Hearing Sheet**

---

File Date: **05/24/2024**
Document Name: **Motion**

File Date: **06/05/2024**
Document Name: **State's Answer / Response**

File Date: **06/05/2024**
Document Name: **Ruling**

File Date: **06/05/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **06/10/2024**
Document Name: **Motion**

File Date: **06/10/2024**
Document Name: **Motion**

File Date: **06/10/2024**
Document Name: **Ruling**

File Date: **06/10/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **06/10/2024**
Document Name: **Ruling**

File Date: **06/11/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **06/14/2024**
Document Name: **Return/Affidavit of Served Subpoena**

File Date: **06/14/2024**
Document Name: **Motion**

File Date: **06/14/2024**
Document Name: **Order - Motion/Request/Petition Granted**

File Date: **06/24/2024**
Document Name: **Requested Voir Dire**

File Date: **06/24/2024**
Document Name: **Hearing Sheet**

File Date: **06/24/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**

File Date: **06/24/2024**
Document Name: **Court Found Good Cause for Postponement**

File Date: **06/24/2024**
Document Name: **Writ /Summons/Pleading - Electronic Service**

Copyright © 2024. Maryland Judiciary. All rights reserved.
Service Desk: (410) 260-1114