# In The Circuit Court of Maryland for Cecil County

| | |
|---|---|
| STATE OF MARYLAND | * |
| v. | * |
| KEVIN A. SOPER (Pro Se) | *   CASE NUMBER: C-07-CR-23-000258/414 |
| Defendant | * |

## ORDER

Upon Consideration of Defendant's Motion to Recuse, it is hereby this _____ day of _____, 2024 **ORDERED** that said Motion is Denied

Entered: Clerk, Circuit Court for
Cecil County, MD
June 24, 2024

Efiled to SAO and mailed to defendant
6/24/2024

06/24/2024 2:14:46 PM

_____
Judge                    Date

Pg 1 Of 1