

# In The Circuit Court of Maryland for Cecil County

|  |  |  |
|---|---|---|
| STATE OF MARYLAND | * | |
| v. | * | |
| KEVIN A. SOPER (Pro Se) | * | CASE NUMBER: C-07-CR-23-000258/414 |
| Defendant | * | |

## ORDER

Upon Consideration of Defendant's Motion to Recuse, it is hereby this _____ day of _____, 2024 **ORDERED** that Circuit Court Judge for Cecil County Keith Baynes is **RECUSED** from the above captioned matter.

It is further **ORDERED** that the Pre-Trial Hearing and Trial in the above captioned matter be **POSTPONED** until:

_____

Date

_____

Judge           Date

Pg 1 Of 1