## IN THE
## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KEVIN A. SOPER, | * |
| *Plaintiffs*, | * |
| v. | *  No. 1:23-cv-03271-JRR |
| | * |
| STATE OF MARYLAND FOR CECIL COUNTY, | * |
| *Defendants*. | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Reconsideration and Defendant's Response in Opposition, it is hereby ORDERED, this _____ day of _____, 2024:

The Motion for Reconsideration is denied.

_____
Julie R. Rubin, Judge